Form ntcdef (5/2015)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:     Gita Ansari

           Debtor(s).

Case No.: 15–13369–TWD
Chapter: 13

---

## NOTICE OF DEFICIENT FILING

## AND NOTICE REGARDING DISMISSAL OF CASE

**Credit Counseling Certificate that was filed is illegible**

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, filed on **May 29, 2015**, contains one or more filing deficiencies which must be corrected. **Failure to file the missing document(s) or object to dismissal of the case indicating why dismissal is not appropriate on or before the deadline(s) stated below may result in the dismissal of this case without further notice.**

**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**      **June 8, 2015**

Chapter 13 $310.00 Filing Fee, or
Chapter 7, 12, or 13 $100.00 Initial Installment Payment and Application to Pay in Installments, or

**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**

None

**CREDIT COUNSELING REQUIREMENT:**

This requirement has not been satisfied.
In accordance with Fed.R.Bankr.P.Rule 1007(b), a certificate of completion or a statement of compliance with the credit counseling requirement is due at the time a new case is commenced. 11 U.S.C. § 109(h) states each debtor is required to have completed a credit counseling course within 180 days prior to filing a new case.

DATED: **June 1, 2015**

                                                          Mark L. Hatcher
                                                      Clerk of the Bankruptcy Court

*Personal checks tendered for payment of filing fees will not be accepted from Debtor(s). The court also does not accept credit or debit cards*
*from Debtor(s). Please submit your payment in the form of a cashier's check or money order made payable to the U.S. Bankruptcy Court.*

Additional information, rules and forms may be obtained from the court's website at www.wawb.uscourts.gov.