Ryan M Nykamp  
201 S. Division, Suite A  
Auburn, WA 98001  
425-289-9873

THE HONORABLE TIMOTHY W. DORE  
Chapter: 13  
Hearing date: September 2, 2015  
Hearing time: 9:30 a.m.  
Response due: August 25, 2015

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re: ) Case No. 15-13369  
) 
GITA ANSARI )  
) DEBTOR'S RESPONSE TO TRUSTEE'S  
) OBJECTION TO CHAPTER 13 PLAN AND  
) MOTION TO DISMISS CASE  
Debtor. )  
)

COMES NOW Debtor, Gita Ansari, by and through her attorney, Ryan M. Nykamp, and responds to the Chapter 13 Trustee's Objection to Confirmation and Motion to Dismiss as follows:

1.) Debtor's Chapter 13 plan payments in the amount of $4250.00 were received on June 1, 2015 and August 3, 2015. Debtor will send her next payment by the date set for this hearing.

2.) Debtor has filed an amended plan prior to the date set for this hearing.

3.) Debtor has filed and noted a motion to amend said plan.

THEREFORE, Debtor respectfully objects to the Motion and requests that the motion be denied.

DATED this 26th day of August, 2015.

       /s/ Ryan M. Nykamp  
Ryan M. Nykamp, WSBA # 35346

Response -1

**Ryan M. Nykamp**  
Nykamp Law Office PLLC  
201 S. Division St., Suite A  
Auburn, WA 98001  
425-289-9873